

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2021

No. 04-21-00181-CV

Robert **CORLEY,**
Appellant

v.

Timothy **CORLEY**, Jason Corley and Century Oaks Land LLC,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI02547
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Petitioner's motion for leave to file final corrected petition for permissive appeal is **GRANTED** to substitute the original petition**.** However, the deadlines run from the date the original petition for permissive appeal was filed. A response to the petition for permissive appeal may be filed on or before May 20, 2021. *See* Tex. R. App. P. 28.3(f).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of May, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court